UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILILAM JAMES,

        Petitioner,

                                                                      Case No. 1:08-cv-69

v.

                                                                      HONORABLE PAUL L. MALONEY

BLAINE C. LAFLER,

        Respondent.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

        The Court has reviewed the Report and Recommendation (Dkt. #23) filed by United States Magistrate Judge Ellen S. Carmody in this action.  The Report and Recommendation was duly served on the parties.  No objections have been filed.

        ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

        **THEREFORE, IT IS ORDERED** that the habeas corpus petition (Dkt. #1) is **DENIED** for the reasons stated in the Report and Recommendation.

        **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED.**

        **This action is terminated.**

Date:  May 11, 2009                                               /s/ Paul L. Maloney_____
                                                                               Paul L. Maloney
                                                                               Chief United States District Judge